# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## RESPONSE TO NOTICE TO ADVISE OF SCHEDULING CONFLICTS

**Case Number:** 23-1259

**Short Case Caption:** Google LLC v. Sonos, Inc.

**Party Name(s):** Sonos, Inc.

**INFORMATION:** The court uses this form to determine whether and when to schedule cases for oral argument. Arguing counsel may be changed later, but a motion to reschedule is required once the court schedules argument. Please plan in advance to adhere to the limit on the number of arguing counsel in Fed. Cir. R. 34(e).

| | |
|---|---|
| **Argument Waiver** | ☐ My party intends to waive oral argument. |
| NOTE: Filers checking this box must still complete the below sections. **The court may still schedule this case for oral argument even if any party intends to waive argument.** If scheduled, parties may still elect to waive argument using the response to notice of oral argument form. | |
| **Other Parties Representing Interests** | |
| ☐ Counsel for another party will represent my party's interests at oral argument | |
| NOTE: If this box is checked, skip the remaining sections. Any argument date will be selected based on conflict dates for counsel arguing on behalf of your party. | |
| **Name of Expected Arguing Counsel** | Elizabeth R. Moulton |
| **Dates Unavailable** | |
| Do you have dates of unavailability within the specific sessions identified by the court's Notice to Advise of Scheduling Conflicts in your case? | |
| ☐ Yes ☑ No | |
| If yes, attach a separate sheet listing **up to ten dates** of unavailability and **include a statement showing good cause for each date**. Dates without good cause or that do not pertain to arguing counsel (e.g., client conflicts) will not be accepted. The court will only accept dates for one counsel and only if that counsel has filed an entry of appearance. The Clerk's Office will evaluate and note accepted or rejected conflict dates; counsel may contact the Clerk's Office about re-filing if dates are rejected. *See* Fed. Cir. R. 34(d); Practice Notes to Rule 34. | |

**Potential Case Conflicts**

Are there other pending cases before this court (regardless of case status) in which expected arguing counsel in this case also expects to argue?

☑ Yes     ☐ No

If yes, attach a separate sheet listing those cases.

I certify the above information and any attached statement is complete and accurate. I further certify that I will update my notice should new conflicts arise or existing conflicts change.

Date: 02/02/2024      Signature: /s/ Elizabeth R. Moulton

Name: Elizabeth R. Moulton

No. 23-1259

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

GOOGLE LLC,

        Appellant,

v.

SONOS, INC.,

        Appellee.

**STATEMENT OF GOOD CAUSE**

Counsel for Sonos, Inc. ("Sonos") hereby provides the following statement of good cause to support each listed day on Appellee's Response to Notice to Advise of Scheduling Conflicts.

1. I am arguing counsel for Appellee Sonos in the above-captioned matter.

2. The Court has asked arguing counsel to advise of scheduling conflicts for its sessions from November 2023 through April 2024.

3. Previously, I submitted conflict dates of April 1-5, 2024 as I am counsel in *WSOU Investments, LLC v. Cisco Systems, Inc.*, No. 6:21-

cv-00128-ADA (W.D. Tex.), which was set for trial to begin on April 1, 2024. The trial in that case has been rescheduled to begin on June 3, 2024.

4. The submitted conflict dates of April 1-5, 2024 were accepted on September 12, 2023, but are no longer required. While the court has not yet requested conflict dates beyond April 2024, I would like to note my unavailability for the dates of June 3-7, 2024 due the rescheduled trial. Additionally, I would like to note my unavailability for the dates of July 8-12, 2024, as I am counsel in *Corrigent Corp. v. Cisco Systems, Inc.*, No. 6:22-cv-00396-ADA (W.D. Tex.), which is set for trial to begin on July 8, 2024.

| | |
|---|---|
| Date: February 2, 2024 | Respectfully submitted, |
| | */s/ Elizabeth R. Moulton* |
| | Elizabeth R. Moulton |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 405 Howard Street |
| | San Francisco, CA 94105 |
| | (415) 773-5700 |
| | *Counsel for Appellee* |

# Attachment

**Do you have dates of unavailability within the specific sessions identified by the court's Notice to Advise of Scheduling Conflicts in your case?**

- April 1, 2024 (previously accepted but no longer necessary)

- April 2, 2024 (previously accepted but no longer necessary)

- April 3, 2024 (previously accepted but no longer necessary)

- April 4, 2024 (previously accepted but no longer necessary)

- April 5, 2024 (previously accepted but no longer necessary)

**Are there other pending cases before this court (regardless of case status) in which expected arguing counsel in this case also expects to argue?**

- *IGT v. Zynga Inc.*, No. 23-2262