# United States Court of Appeals for the Federal Circuit

---

**GOOGLE LLC,**
*Appellant*

v.

**SONOS, INC.,**
*Appellee*

---

2023-1259

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00964.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

May 23, 2024
Date

Jarrett B. Perlow
Clerk of Court